1  JOSEPH P. RUSSONIELLO, CSBN CA 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON, CSBN 244142
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11 KENNETH WALDEN,                       )
                                         )      CIVIL NO. 09-cv-04849 CW
12     Plaintiff,                        )
                                         )      STIPULATION AND ORDER TO EXTEND
13     v.                                )      TIME
                                         )
14 MICHAEL J. ASTRUE,                    )
   Commissioner of Social Security,      )
15                                       )
                                         )
16     Defendant.                        )
17 _____  )

18         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
19 permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Notice,
20 Motion for Summary Judgment and Supporting Memorandum (Dkt. # 12) is hereby extended from
21 March 29, 2010 to April 13, 2010.  This is Defendant's first request for an extension of time to respond
22 to Plaintiff's motion.
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: March 29, 2010  /s/ Tony Arjo
(authorized by phone)
TONY ARJO
Attorney for Plaintiff

Dated: March 29, 2010  JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Kathryn R. Watson
KATHRYN R. WATSON
Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 4/2/2010

_____
THE HONORABLE CLAUDIA WILKEN