JOSEPH P. RUSSONIELLO, CSBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON, CSBN 244142
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8928
Facsimile: (415) 744-0134
E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH WALDEN,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>     Defendant. | CIVIL NO. 09-CV-4849<br><br>STIPULATION FOR REMAND |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge to take the following actions: further evaluate the opinion evidence of Larry Ford, M.D., in accordance with the guidelines set forth in 20 C.F.R. § 404.1527; further evaluate the claimant's obesity in accordance with the Social Security Regulation (SSR) 02-1p; reevaluate Claimant's ability to engage in past relevant work or other work existing in significant numbers in the national economy; and reevaluate any possible inconsistencies between vocational expert testimony and the Dictionary of Occupational Titles in

accordance with SSR 00-4p.

Dated: April 30, 2010

        */s/ Tony Arjo*
        (As authorized by email)
        TONY ARJO
        Attorney for Plaintiff

Dated: April 30, 2010

        JOSEPH P. RUSSONIELLO
        United States Attorney
        LUCILLE GONZALES MEIS
        Regional Chief Counsel, Region IX
        Social Security Administration

        */s/ Kathryn R. Watson*
        KATHRYN R. WATSON
        Special Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED:**

Dated: 5/10/2010

        *Claudia Wilken*
        THE HONORABLE CLAUDIA WILKEN
        United States Judge