1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R.WATSON, CSBN 244142
4  Special Assistant United State Attorney

5     333 Market Street, Suite 1500
      San Francisco, CA 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  KENNETH WALDEN          )
                            )
13              Plaintiff   )    CIVIL N0. C-09-04849 CW
                            )
14      vs.                 )
                            )
15  MICHAEL J. ASTRUE,      )    STIPULATION AND ORDER APPROVING
    Commissioner of         )    SETTLEMENT OF ATTORNEY FEES
16  Social Security,        )    PURSUANT TO THE EQUAL ACCESS TO
                            )    JUSTICE ACT
17              Defendant.  )
    _____)
18

19       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

20  counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded

21  attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of THREE

22  THOUSAND, FOUR HUNDRED FORTY DOLLARS ($3440), and THREE HUNDRED

23  SIXTY DOLLARS ($360) in costs.  These amounts represent compensation for all legal services

24  rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance

25  with 28 U.S.C. §2412(d), and all costs associated with the civil action, in accordance with 28

26  U.S.C. §1920.

27       The stipulation does not constitute an admission of liability on the part of the Defendant

28  under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from

and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.  This award is without prejudice to the right of Plaintff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. §406, subject to the offset provisions of the EAJA.


Dated: June 3, 2010                         */s/ Tony Arjo*
                                            *(As authorized via email)*
                                            TONY ARJO
                                            Attorney for Plaintiff




                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated: June 3, 2010              By:        */s/ Kathryn R. Watson*
                                            KATHRYN R.WATSON
                                            Special Assistant United States Attorney
                                            *(As authorized via email)*



## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of THREE THOUSAND, FOUR HUNDRED AND FORTY DOLLARS ($3,440.00), and THREE HUNDRED SIXTY DOLLARS ($360.00) in costs, as authorized by 28 U.S.C. §§ 1920 and 1412 subject to the terms of the above-referenced Stipulation.



Dated: 6/9/2010                             _____
                                            CLAUDIA WILKEN
                                            United States District Judge




C-09-04849 CW